SEP 25 2023 PM3:42
FILED - USDC - FLMD - ORL

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

JOHN DANIEL SMITH,

        *Plaintiff,*

v.

Attorney Asher Knipe
Knott – Ebelini – Hart Law Firm
Attorney Kenneth Kemp
Attorney Timothy Mace
Attorney Elizabeth Bentley
Patrone, Kemp, Bentley & Mace Law Firm
Attorney James Shenko, individually and in his official capacity
David Lemson,

        *Defendants, Jointly and Severally.*

Case No.: 6:23 CV-01718-WWB-LHP

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT DEMAND FOR JURY TRIAL**

## MOTION TO SEAL PLAINTIFF'S FINANCIAL INDIGENCE DOCUMENTS, PER RULE 5.2

Plaintiff JOHN DANIEL SMITH *("Plaintiff")*, a Pro Se Litigant, moves the Court,

per Rule 5.2(a)(1)(2)(4) of the Fed. R. Civ. P. to file under seal:

- Plaintiff's entire September 20, 2023 Motion to File In Forma Pauperis

Plaintiff also moves the court, under Rule 5.2(d) of the Fed. R. Civ. P. to:

- Order the Plaintiff to file a redacted version of his <u>September 20, 2023</u>

  <u>Plaintiff's Motion for In Forma Pauperis document</u> for the public record.

In support thereof, Plaintiff cites as follows:

1) Pages 9 to 25 of Plaintiff's September 20, 2023 Motion to File In Forma Pauperis includes personal bank account information such as the unredacted Florida Driver's License of Plaintiff, unredacted Plaintiff's personal mortgage account info, partially redacted SBA loan info and other unredacted personal information subject to Identity Theft.

2) Plaintiff has already been a victim of Identity Theft and does not wish to return to that hellacious experience. Please see two letters from IRS dated in 2016 and 2020 affirming Plaintiff has been a repeated victim of Identity Theft.

3) Pages 9 to 25 of Plaintiff's September 20, 2023 Motion for In Forma Pauperis were made in Good Faith to demonstrate to the Court that Plaintiff was: A) Indigent, B) Had been declared Indigent by the Lee County Clerk of Court on February 16, 2023, and C) Plaintiff had the financial records since February 16, 2023 to demonstrate his ongoing indigency.

4) Rule 5.2(a) of the Fed. R. Civ. P. calls for "Redacted Filings" of the social security number and taxpayer ID, only the year of the individual's birth, and the last four digits of the financial account number, for example.

5) However, Pages 9 to 25 of Plaintiff's September 20, 2023 are all accessible on PACER and easily downloadable to someone seeking to steal Plaintiff's Identity and assume all his accounts.

6) For example, Page 9 is Plaintiff's un-redacted Driver's License.

7) Further, Page 12 is Plaintiff's un-redacted Mortgage Statement;

8) Then, Pages 17—25 are Plaintiff's un-redacted bank records.

9) These financial records of Plaintiff, if left unprotected on PACER will shortly be made available to the world online, if they are not already there and cause Plaintiff to be further victimized by Identity Theft.

10)    Rule 1.11 allows Filing Under Seal in a Civil Action, but states *"sealing is unavailable absent a compelling reason."*

11)    Plaintiff moves the Court that the compelling reason is to abide by Rule 5.2 "Privacy Protection for Filings Made with the Court," particularly Rule 5.2(a)(1)(2)(4) & Rule 5.2(d) and protect Plaintiff from Identity Theft.

12)    In addition to filing Plaintiff's Pro Se September 20, 2023 Motion for In Forma Pauperis **under seal**, Rule 5.2(d) states that the Court *"can order the person who made the filing to file a redacted version for the public record."*

Wherefore, Pro Se Indigent Plaintiff JOHN DANIEL SMITH requests an Order
from the Court granting:

A) Per Rule 5.2(a)(1)(2)(4) of the Fed. R. Civ. P. issue an Order to file the
entire <u>September 20, 2023 Plaintiff's Motion for In Forma Pauperis</u>
document under seal for the duration of Case 6:23-CV-01718-WWB-LHP.


B) Per Rule 5.2(d) of the Fed. R. Civ. P., Order the Plaintiff to file a redacted
version of his <u>September 20, 2023 Plaintiff's Motion for In Forma Pauperis</u>
<u>document</u>, for the public record in Case 6:23-CV-01718.WWB-LHP.

## CERTIFICATE OF SERVICE &
## GOOD FAITH AFFIDAVIT

I HEREBY CERTIFY that the foregoing Motion per Rule 5.2 of the Fed. R.

Civ. P. has been served, via U.S. Mail, to the Defendants on the attached service

list, on this _____ day of September, 2023.


John Daniel Smith
Pro Se Litigant
524 W. Winter Park St.
Orlando, FL 32804
407-719-6988 Telephone
floridafamilyfraud@gmail.com

## DEFENDANTS SERVICE LIST:

Asher Knipe
5349 Chippendale Cir.
Fort Myers, FL 33919

Elizabeth Bentley
12681 Allendale Cir.
Fort Myers, FL 33912

Knott – Ebelini – Hart Law Firm
1625 Hendry Street, 3rd Floor
Fort Myers, FL 33901

Patrone, Kemp, Bentley & Mace Law Firm
12661 New Brittany Blvd.
Fort Myers, FL 33907

Kenneth Kemp
15860 Knightsbridge Ct.
Fort Myers, FL 33908

James Shenko
14380 Riva Del Lago Drive
Unit #1704
Fort Myers, FL 33907

Timothy Mace
4713 Imperial Eagle Dr.
Fort Myers, FL 33966

David Lemson
16229 NE 43rd Court
Redmond, WA 98052





Department of the Treasury
Internal Revenue Service
Submission Processing
Kansas City, MO 64999-0017

| Notice | CP01A |
|---|---|
| Tax Year | 2016 |
| Notice date | January 2, 2017 |
| To contact us | 1-800-908-4490 |
| Page 1 of 2 | 29H |

348304.721730.60902.7590 1 AV 0.376 530
 րիվիկիանիակովվիկոնվերիլիտիվիանիկոնիայի



JOHN SMITH
524 W WINTER PARK ST
ORLANDO FL 32804-4435

348304

Important information about filing your 2016 federal tax return

# We assigned you an Identity Protection Personal Identification Number

Our records show that you either:
- were previously a victim of identity theft, or
- notified IRS that you experienced an incident that could potentially expose you to identity theft, or
- requested an identity protection personal identification number (IP PIN)

We placed an indicator on your account and assigned you an IP PIN. You'll need to use this IP PIN when filing any Forms 1040 during the calendar year beginning in January.

The IP PIN helps verify a return filed with your social security number was filed by you. If you fail to use your assigned IP PIN, we could reject your return or delay the processing of your return.

**Your assigned IP PIN is: 216169.**

## What you need to do

- Keep this letter in a safe place. You'll need it to prepare your tax return.
- When you file your federal tax return, enter the IP PIN in the correct place:
  - If filing electronically, your tax software or preparer will tell you when and where to enter it.
  - If filing a paper return, enter your IP PIN in the gray box marked "Identity Protection PIN" to the right of "Spouse's signature and occupation." If you're married and filing jointly, only the spouse listed first on the tax return needs to enter his or her IP PIN.
    Note: The second spouse's IP PIN still protects his or her account even though it's not entered on a jointly filed paper return.
- As an IP PIN recipient, you don't need to file a Form 14039, Identity Theft Affidavit, to notify us you are a victim of identity theft.
- If you don't have to file a tax return, you won't need to use your IP PIN. We still protect your account from fraudulent filing

## What to Remember about your IP PIN

You must use this IP PIN to confirm your identity on your current tax return and any prior year returns filed during the calendar year. We'll send you a new IP PIN each December by postal mail. Therefore, be sure to file Form 8822, Change of Address, if you change your mailing address.

Keep your number private and don't give it to anyone other than a tax professional filing your tax return. The tax preparer will need to include your IP PIN on your return. Bring this letter with you.

The IP PIN is only used to file your return. It has no other purpose. The 6-digit IP PIN is sometimes confused with the 5-digit e-file PIN; they're not the same or interchangeable.

Continued on back...

| Notice | CP01A |
|---|---|
| Tax Year | 2016 |
| Notice date | January 2, 2017 |
| Page 2 of 2 | 29H |

## Additional information or if you misplace your IP PIN

Be sure you don't misplace your IP PIN. If you do:

- Visit www.irs.gov/cp01a for information and answers to frequently asked questions about the IP PIN.
- You can also contact us at 1-800-908-4490 (Monday-Friday, 7 a.m. - 7 p.m. local time; Alaska and Hawaii follow Pacific time), for further information on the IP PIN process.

The IRS recognizes that identity theft is a serious issue and we're committed to helping taxpayers affected by it.

The IRS doesn't initiate contact with taxpayers by email, text messages, or social media channels to request personal or financial information. This includes requests for PIN numbers, passwords, or similar access information for credit cards, banks, or other financial accounts.





Department of the Treasury
Internal Revenue Service
Submission Processing
Kansas City, MO 64999-0017

| Notice | CP01A |
|---|---|
| Tax Year | 2019 |
| Notice date | January 13, 2020 |
| To contact us | 800-908-4490 |
| Page 1 of 1 | 29H |

176977.214979.253480.10448 1 AV 0.383 370



JOHN SMITH
524 W WINTER PARK ST
ORLANDO FL 32804-4435

176977

Important information about filing your 2019 federal tax return

# We assigned you an Identity Protection Personal Identification Number

### Your assigned IP PIN is 011426

Use this IP PIN when filing any Forms 1040 during the calendar year beginning in January.

If you don't use your IP PIN, we could reject your tax return or delay processing.

You don't need to file a Form 14039, Identity Theft Affidavit, to notify us you are a victim of identity theft.

### What you need to do
- Keep this letter in a safe place. You'll need it to prepare your tax return.
- When you file your federal tax return, enter the IP PIN in the correct place:
  - If filing electronically, your tax software or preparer will tell you when and where to enter it.
  - If filing a paper return, enter your IP PIN in the box marked "Identity Protection PIN".
- Even if you don't have to file a tax return, your account is still protected from fraudulent filing.

### What to Remember about your IP PIN

Use this IP PIN to confirm your identity on your current tax return and any prior year returns filed during the calendar year.

Keep your number private and don't give it to anyone other than a tax professional filing your tax return.

### If you misplace your IP PIN
- Go to www.irs.gov/ippinfaqs.
- You can call us at 800-908-4490 (Monday-Friday, 7:00 a.m. – 7:00 p.m. local time; Alaska and Hawaii follow Pacific time).

### Additional information

Visit www.irs.gov/cp01a for more information on your notice.

The IRS recognizes that identity theft is a serious issue and we're committed to helping taxpayers affected by it.

The IRS doesn't initiate contact with taxpayers by email, text messages, or social media channels to request personal or financial information. This includes requests for PIN numbers, passwords, or similar access information for credit cards, banks, or other financial accounts.