UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOHN DANIEL SMITH,

    *Plaintiff,*

v.

Attorney Asher Knipe
Knott – Ebelini – Hart Law Firm
Attorney Kenneth Kemp
Attorney Timothy Mace
Attorney Elizabeth Bentley
Patrone, Kemp, Bentley & Mace Law Firm
Attorney James Shenko, individually and in his official capacity
David Lemson,

    *Defendants, Jointly and Severally.*

Case No.: 6:23 CV-01718-WWB-LHP

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT
DEMAND FOR JURY TRIAL**

## **MOTION FOR PLAINTIFF TO BE TREATED EQUALLY TO DEFENDANTS AND BE ABLE TO USE PERSONAL ELECTRONIC DEVICES SUCH AS A CELL PHONE AND LAPTOP AT US MIDDLE DISTRICT-ORLANDO DIV.**

Plaintiff JOHN DANIEL SMITH *("Plaintiff")*, a Pro Se Litigant, Motions the Court for an Order granting him permission to bring two electronic devices with internet access, including a cell phone and laptop computer, for all Hearings and other Court business in the above styled case and cites in support as follows:

1) Per General Order 6.13-mc-94-orl-22 "Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida", Page 3, Paragraph 2.4 states as follows:

1 | Page

*"Any attorney permitted to practice law in the Middle District of Florida may bring any personal electronic device beyond the courthouse's security checkpoint by presenting a valid Florida Bar identification card..."*

2) Plaintiff admits that he is fortunate to be able to attempt to practice law pro se in the sacred halls of the U.S. Middle District Court, Orlando Division.

3) Plaintiff plans to voraciously read all applicable rules so that he can present his case equally with the same passion and fervor of the Florida-based Defendants, who are all Florida-licensed Attorneys.

4) Plaintiff asserts he will be prejudiced by the ability of opposing counsel to easily look up Case Law on Westlaw before, during and after Hearings in the Orlando Federal Courthouse, while Plaintiff will be denied this right, simply because he lacks a Florida Bar I.D. card.

5) Plaintiff asserts that, per General Order 6.13-mc-94-orl-22, there are many allowable classes of people permitted to bring and use Personal Electronic Devices in Federal Courthouses in the Middle District of Florida, including:

- Any agency employee who works in a courthouse office.
- A U.S. Trustee (which Plaintiff could be defined as being, as he is Trustee of the John D. Smith Trust).
- Jurors
- Law Enforcement Officers on official business.

6) Plaintiff humbly requests an Order granting him the equal rights to jurors, U.S. Trustees, Law Enforcement Officers and Attorneys to possess and use his Personal Electronic Devices such as a cell phone and laptop with internet

access, subject to Paragraph #2 of the General Order 6.13-mc-94-orl-22, in Case 6:23-CV-01718-WWB-LHP.

7) Plaintiff agrees to follow the stated rules in Paragraph #2 of this General Order 6.13-mc-94-orl-22, namely:

- Any personal electronic device carried beyond a courthouse's security checkpoint remains subject to inspection, at any time.
- Rule 4.11(a)(2) prohibits courtroom photography and broadcasting in all cases.
- Any person who brings in a personal electronic device must: a) keep it on silent mode; b) may not share it with anyone; c) may not use it in a manner that disrupts any judicial proceeding; d) may not use it to search for information about a potential or seated juror; e) may not bring it into the courtroom for the U.S. Court of Appeals for the Eleventh Circuit in the Bryan Simpson United States Courthouse in Jacksonville, FL.
- Per Rule 2.5 of this General Order on Page 3, *"The presiding judge may modify these procedures or suspend any person's privileges granted by this Order at any time for any reason."*

8) If granted, Plaintiff will laminate said Order and present to Security along with his two approved Personal Electronic Devices, for inspection. Plaintiff will also honorably abide by the rules in "Exceptions" Paragraph 2 of this General Order 6.13-mc-94-orl-22, as stated aforementioned.

Wherefore, Pro Se Indigent Plaintiff JOHN DANIEL SMITH requests an Order granting him permission to possess and use his Personal Electronic Devices of a cell phone with internet access and a laptop with internet access, while at the U.S. Middle District Courthouse—Orlando Division in Case 6:23-CV-01718-WWB-LHP, for a reasonable period of time not to exceed one year.

# CERTIFICATE OF SERVICE & GOOD FAITH AFFIDAVIT

I HEREBY CERTIFY that the foregoing Motion for Possession and Use of Personal Electronic Devices while in the U.S. Middle District Court—Orlando Division has been served, via U.S. Mail, to the Defendants on the attached service list, on this _____ day of September, 2023.

John Daniel Smith
Pro Se Litigant
524 W. Winter Park St.
Orlando, FL 32804
407-719-6988 Telephone
floridafamilyfraud@gmail.com

## DEFENDANTS SERVICE LIST:

Asher Knipe
5349 Chippendale Cir.
Fort Myers, FL 33919

Knott – Ebelini – Hart Law Firm
1625 Hendry Street, 3rd Floor
Fort Myers, FL 33901

Kenneth Kemp
15860 Knightsbridge Ct.
Fort Myers, FL 33908

Timothy Mace
4713 Imperial Eagle Dr.
Fort Myers, FL 33966

Elizabeth Bentley
12681 Allendale Cir.
Fort Myers, FL 33912

Patrone, Kemp, Bentley & Mace Law Firm
12661 New Brittany Blvd.
Fort Myers, FL 33907

James Shenko
14380 Riva Del Lago Drive
Unit #1704
Fort Myers, FL 33907

David Lemson
16229 NE 43rd Court
Redmond, WA 98052