# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHN DANIEL SMITH,

        Plaintiff,

v.                             Case No:   6:23-cv-1718-WWB-LHP

ASHER KNIPE, KENNETH KEMP,
TIMOTHY MACE, ELIZABETH
BENTLEY, JAMES SHENKO and
DAVID LEMSON,

        Defendants

---

## ORDER AND DIRECTION TO THE CLERK

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   MOTION FOR LEAVE TO FILE UNDER SEAL (Doc. No. 6)
>
> **FILED:**     September 25, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED AS MOOT**.

Plaintiff, proceeding *pro se*, has filed a motion to proceed *in forma pauperis* (Doc. No. 3) which appears to contain the full financial account number for one of Plaintiff's bank accounts, in addition to a copy of Plaintiff's driver's license, which

- 2 -

provides Plaintiff's social security number. *Id.*, at 9, 12. Pursuant to Federal Rule of Civil Procedure 5.2, only the last four digits of a social security number and/or financial-account number may be included in a filing. Fed. R. Civ. P. 5.2(a)(1), (4). *See also* M.D. Fla. Administrative Procedures for Electronic Filing, § (I)(H) (2022).

Accordingly, the motion (Doc. No. 6) is **DENIED AS MOOT**. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 3) is **ORDERED STRICKEN** and the Clerk of Court is **DIRECTED** to remove the motion (Doc. No. 3) from the docket. Plaintiff may file a renewed motion to proceed *in forma pauperis* that is compliant with the Federal Rules of Civil Procedure and does not include such personal identifying information.

**DONE** and **ORDERED** in Orlando, Florida on September 26, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties