UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOHN DANIEL SMITH,

          *Plaintiff,*               Case No.: 6:23 CV-01718-WWB-LHP

v.

                             **PLAINTIFF'S COMPLAINT FOR**
Asher et al                  **COPYRIGHT INFRINGEMENT**
                             **DEMAND FOR JURY TRIAL**

Plaintiff JOHN DANIEL SMITH *("Plaintiff")*, a Pro Se Litigant, moves the Court

under Rule 6.03(a) of the Fed. R. Civ. P. for leave to proceed in forma pauperis.

Plaintiff affirms compliance with Fed. R. Civ. P. 5.2(a)(1), (4) and furnishes:

- 5 page signed and dated "Application to Proceed in District Court Without Prepaying Fees or Costs."
- Determination that Plaintiff is Indigent dated February 16, 2023 from Lee County, Florida Clerk of Courts.
- Redacted US Small Business Administration statement showing Plaintiff owes $500,000.00.
- Redacted Chase Bank statement summary showing Plaintiff owes $21,247.72.
- Redacted Citizens Mortgage Statement showing Plaintiff owes $226,800.
- Redacted Florida Driver's License.
- Redacted 6 months bank records, from 2/20/2023 to 9/20/2023. Plaintiff's average monthly balance is $54.00.

Wherefore, Plaintiff JOHN DANIEL SMITH requests an Order from the Court

granting Plaintiff leave to proceed in Case No: 6:23-cv-1718-WWB-LHP in forma

pauperis.

## CERTIFICATE OF SERVICE &
## GOOD FAITH AFFIDAVIT

I HEREBY CERTIFY that the foregoing Verified Motion per Rule 5.2 of the

Fed. R. Civ. P. has been served, via U.S. Mail, to the Defendants on the attached

service list, on this _____ day of September, 2023.

John Daniel Smith
Pro Se Litigant
524 W. Winter Park St.
Orlando, FL 32804
407-719-6988 Telephone
floridafamilyfraud@gmail.com

## DEFENDANTS SERVICE LIST:

Asher Knipe
5349 Chippendale Cir.
Fort Myers, FL 33919

Elizabeth Bentley
12681 Allendale Cir.
Fort Myers, FL 33912

Knott – Ebelini – Hart Law Firm
1625 Hendry Street, 3rd Floor
Fort Myers, FL 33901

Patrone, Kemp, Bentley & Mace Law Firm
12661 New Brittany Blvd.
Fort Myers, FL 33907

Kenneth Kemp
15860 Knightsbridge Ct.
Fort Myers, FL 33908

James Shenko
14380 Riva Del Lago Drive
Unit #1704
Fort Myers, FL 33907

Timothy Mace
4713 Imperial Eagle Dr.
Fort Myers, FL 33966

David Lemson
16229 NE 43rd Court
Redmond, WA 98052

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida ▼

| | |
|---|---|
| JOHN DANIEL SMITH | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No.  6:2023cv01718 |
| Knipe et al | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed:

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: September 27, 2023

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 1,150.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ 1,150.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Keddo Enterprises | 524 W. Winter Park St. Orlando 32804 | 11/01/2004 to present | $ 1,150.00 |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| I'm single, never married | I'm single, never married | I'm single, never married | $ 1,150.00 |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ _____108.32_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Regions Bank | Lifegreen Checking | $ 108.32 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 286,356.00 |
| Other real estate *(Value)* | $ 164,520.00 |
| Motor vehicle #1 *(Value)* | $ 8,000.00 |
| Make and year: Ford 2015 | |
| Model: F-150 | |
| Registration #: 120049007 | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ 1,000.00 |
| Other assets *(Value)* | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☐ Yes  ☑ No<br>Is property insurance included?  ☐ Yes  ☑ No | $ 682.92 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 150.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 0.00 |
| Food | $ 150.00 | $ 0.00 |
| Clothing | $ 0.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 0.00 | $ 0.00 |
| Medical and dental expenses | $ 10.17 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 50.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: State Farm | $ 250.00 | $ 0.00 |
|     Life: | $ 0.00 | $ 0.00 |
|     Health:    CVS/Aetna | $ 10.17 | $ 0.00 |
|     Motor vehicle:    State Farm | $ 100.00 | $ 0.00 |
|     Other:    SBA Loan | $ 2,515.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|     Motor vehicle:    Ford Motor Credit | $ 696.71 | $ 0.00 |
|     Credit card *(name):*    Chase (see attached) | $ 250.00 | $ 0.00 |
|     Department store *(name):* | $ 0.00 | $ 0.00 |
|     Other: | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | 0.00 | $ | 0.00 |
| Other *(specify)*: | $ | 0.00 | $ | 0.00 |
| **Total monthly expenses:** | $ | **4,864.97** | $ | **0.00** |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☑ No      If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☑ No

    If yes, how much?   $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    In February of 2023, the Lee County Clerk of Court declared me INDIGENT, with my $835,356 in LIABILITIES compared to my $479,137 in ASSETS.  Please see this 2/16/23 Indigence Determination, along with 6 months of bank records since.  I owe the SBA $500,000.00 and that letter is included too.  Please also see my $21,240 in credit card debt to Chase Bank--that has been keeping me afloat financially.

12. Identify the city and state of your legal residence.
    Orlando, Florida

    Your daytime phone number:        (407) 719-6988

    Your age: __55__   Your years of schooling: ____12____