IN THE CIRCUIT/COUNTY COURT OF THE __TWENTIETH__ JUDICIAL CIRCUIT
IN AND FOR __LEE__ COUNTY, FLORIDA

Plaintiff/Petitioner or In the Interest Of: John Daniel Smith

vs.

Defendant/Respondent: Greenlee, Kristin, et al.

CASE NO. 18-CA-3895

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for indigence and are unable to pay the costs listed in FS 57.081, you must enroll in the clerk's payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. I have __0__ dependents. *(Include only those persons you list on your U.S. income tax return.)*
   Are you Married?...Yes...(No) Does your Spouse Work?...Yes....No   Annual Spouse Income? $_____

2. I have a net income of $__1,100__ paid ( ) weekly ( ) every two weeks ( ) semi-monthly ((monthly)) ( ) yearly ( ) other _____.

   *(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____.
   *(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

   | | | | | |
   |---|---|---|---|---|
   | Second Job | Yes $____ (No) | | Veterans' benefits | Yes $____ (No) |
   | Social Security benefits | | | Workers compensation | Yes $____ (No) |
   | For you | Yes $____ (No) | | Income from absent family members | Yes $____ (No) |
   | For child(ren) | Yes $____ (No) | | Stocks/bonds | Yes $____ (No) |
   | Unemployment compensation | Yes $____ (No) | | Rental income | Yes $____ (No) |
   | Union payments | Yes $____ (No) | | Dividends or interest | Yes $____ (No) |
   | Retirement/pensions | Yes $____ (No) | | Other kinds of income not on the list | Yes $____ (No) |
   | Trusts | Yes $____ (No) | | Gifts | Yes $____ (No) |

   I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: *(Circle "Yes" and fill in the value of the property, otherwise circle "No")*

   | | | | | |
   |---|---|---|---|---|
   | Cash | (Yes) $24.70 No | | Savings account | (Yes) $24.70 No |
   | Bank account(s) | (Yes) $24.70 No | | Stocks/bonds | Yes $____ (No) |
   | Certificates of deposit or money market accounts | Yes $____ (No) | | Homestead Real Property* | (Yes) $288,443 No |
   | Boats* | Yes $____ (No) | | Motor Vehicle* | (Yes) $25,100 No |
   | *show loans on these assets in paragraph 5 | | | Non-homestead real property/real estate* | (Yes) $164,350 No |
   | | | | Other assets* Furniture | (Yes) $1,000 No |

   Check one: I ( ) DO (X) DO NOT expect to receive more assets in the near future. The asset is _____.

5. I have total liabilities and debts of $__835,356.00__ as follows: Motor Vehicle $__21,000__, Home $__288,356__ Boat $____, Non-homestead Real Property $__500,000__, Child Support paid direct $____, Credit Cards $__28,000__, Medical Bills $____, Cost of medicines (monthly) $____, Other $__500,000__.

6. I have a private lawyer in this case: *(Circle "Yes" or "No")* .......... (Yes) No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed this __16th__ day of __February__, 20__23__.

Birth Year: __1968__
Driver's License or ID Number: ~~_____~~

Signature of Applicant for Indigent Status
Print Full Legal Name: __John Daniel Smith__
Phone Number: __407-719-6958-cell__

Address: __524 W. Winter Park Street in Orlando, FL 32804__

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be (✓) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated this __16th__ day of __Feb__, 20__23__

KEVIN C. KARNES
Clerk of the Circuit Court
By _____, Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.
THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision

# U.S. SMALL BUSINESS ADMINISTRATION



LOAN NUMBER: 

12/21/2022

| | PAYMENT DUE DATE | INSTALLMENT AMOUNT | AMOUNT NOW DUE |
|---|---|---|---|
| | 12/21/2022 | $2,515.00 | $2,515.00 |

| DATE OF LAST PAYMENT | AMOUNT OF LAST PAYMENT | AMOUNT TO PRINCIPAL | AMOUNT TO INTEREST | PRESENT PRINCIPAL BALANCE |
|---|---|---|---|---|
| 11/21/2022 | $2,515.00 | | $2,515.00 | $500,000.00 |

This is for Electronic Display Only! Please go to https://pay.gov to make a payment.

| MAKE YOUR PAYMENT ONLINE: | MAIL PAYMENTS TO: | DIRECT QUESTIONS AND CORRESPONDENCE TO THIS ADDREESS. PAYMENTS MAILED TO THIS ADDRESS MAY BE RETURNED. |
|---|---|---|
| 1. Go to - https://pay.gov  2. Click on SBA Payments (on the right hand side)  3. Submit payments using the SBA Form 1201 | SBA  PO Box 3918  Portland, OR 97208-3918 | SBA CESC - COVID EIDL SERVICE CENTER  14925 Kingsport Rd  Fort Worth, TX 76155  Phone: 833-853-5638 |



Printed from Chase Personal Online

# Credit cards

**CREDIT CARD (...)** >

**$13,117.83**
Current balance

Details ∨

| Oct 14, 2023 | $84.00 | $8,427.50 | $11,839.54 |
| Payment due date | Minimum payment due | Last statement balance | Available credit |

5% cash back (Oct-Dec) | Activate >

Pay card | More ∨

---

**CREDIT CARD (...)** >

○ Your payment is due in 2 days.

**$8,129.89**
Current balance

Details ∨

| Sep 26, 2023 | $247.00 | $5,063.24 | $10,470.11 |
| Payment due date | Minimum payment due | Last statement balance | Available credit |

Pay card | More ∨

# External accounts

Link your external accounts to better organize your money, budget and plan for the future.

Link an account

# See all transactions >

Accounts  CREDIT CARD (...) ∨   Activity since last statement

# Citizens

# Mortgage Statement

Customer Service 1-800-234-6002
Monday - Friday 8 am to 8 pm ET
citizensbank.com

JOHN D SMITH
524 W WINTER PARK ST
ORLANDO FL 32804

Statement Date: December 8, 2022

| Loan Number | 7559 |
|---|---|
| Payment Due Date | January 1, 2023 |
| **Amount Due** | **$682.92** |

If payment is received after January 16, 2023, a $60.91 late fee will be charged.

Property Address: 524 W WINTER PARK STREET
ORLANDO FL 32804

| Account Information | |
|---|---|
| Outstanding Principal * | $226,800.00 |
| Interest Rate | 2.75000% |
| Escrow Balance | $0.00 |
| Prepayment Penalty | No |

\* The Outstanding Principal is not the amount required to pay off your loan in full.

| Explanation of Amount Due | |
|---|---|
| Principal | $0.00 |
| Interest | $519.75 |
| Escrow (Taxes and Insurance) | $163.17 |
| Optional Insurance | $0.00 |
| Buydown Amount | $0.00 |
| Regular Monthly Payment | $682.92 |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $0.00 |
| Total Amount Due | $682.92 |

Please see reverse for important information about your account

KENNETH KEMP et al
vs.

Case No. 21-CA-2959



18 CA 3895

![Regions] **Regions Bank**
College Park Office
2645 Edgewater Dr.
Orlando, FL 32804

John D. Smith
524 W. Winter Park Steet
Orlando, FL 32804

| | |
|---|---|
| ACCOUNT # | *****2201 |
| Cycle | 17 |
| Enclosures | 0 |
| Page | 1 of 1 |

## LIFEGREEN CHECKING
February 20, 2023 through March 19, 2023

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $ 115.54 | Minimum Balance | $500.00 |
| Deposits & Credits | $1,275.64 + | Average Balance | $ 42.50 |
| Withdrawals | $1,307.28 - | | |
| Fees | $ 11.00 - | | |
| Checks | $ 0.00 | | |
| **Ending Balance** | $ 72.90 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 03/01 | Deposit--Thank You | $ 550.00 |
| 03/15 | Deposit--Thank You | $ 600.00 |
| 03/16 | Debit Card Return Amazon.com Amzn.com/bill WA 6501 | $ 46.65 |
| 03/16 | Debit Card Return Amazon.com Amzn.com/bill WA 6501 | $ 78.99 |
| | Total Deposits & Credits | $1,179.98 |

### WITHDRAWALS

| | | |
|---|---|---|
| 03/01 | Debit Card Recurring Pymt Citizens Home | $833.19 |
| 03/13 | Payment Orlando Util Com 0003 Smith John D | $141.00 |
| 03/14 | Debit Card Recurring Pymt Spectrum 03/01 855-707-7328 MO 6501 | $143.41 |
| 03/15 | Debit Card Purchase Amzn Mktp US*8S2UV 03/10 Amzn.com/bill WA 6501 | $125.64 |
| 03/17 | Premium Delta Dental Ins 7162 John Smith | $ 64.04 |
| 03/18 | Withdrawal Regions Low Balance Fee | $ 11.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791)

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity Loans call 1-800-231-7493


**Thank You For Banking With Regions!**
2021 Regions Bank Member FDIC. All loans subject to credit approval

**Regions Bank**
College Park Office
2645 Edgewater Dr.
Orlando, FL 32804

John D. Smith
524 W. Winter Park Steet
Orlando, FL 32804

| | | |
|---|---|---|
| ACCOUNT # | | *****2201 |
| | Cycle | 17 |
| | Enclosures | 0 |
| | Page | 1 of 1 |

## LIFEGREEN CHECKING
March 20, 2023 through April 19, 2023

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $ 72.90 | Minimum Balance | $500.00 |
| Deposits & Credits | $1,296.65 + | Average Balance | $ 40.66 |
| Withdrawals | $1,220.63 - | | |
| Fees | $ 11.00 - | | |
| Checks | $ 0.00 | | |
| **Ending Balance** | $ 137.92 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 03/21 | Cash Adv 5523932013233615 Auth 03213615 | $ 100.00 |
| 04/01 | Deposit--Thank You | $ 550.00 |
| 04/15 | Deposit--Thank You | $ 600.00 |
| 04/16 | Debit Card Return Amazon.com Amzn.com/bill WA 6501 | $ 46.65 |
| | Total Deposits & Credits | $1,296.65 |

### WITHDRAWALS

| | | |
|---|---|---|
| 04/01 | Debit Card Recurring Pymt Citizens Home | $833.19 |
| 04/13 | Payment Orlando Util Com 0003 Smith John D | $165.00 |
| 04/14 | Debit Card Recurring Pymt Spectrum 04/01 855-707-7328 MO 6501 | $143.41 |
| 04/15 | Debit Card Purchase Amzn Mktp US*8S2UV 04/10 Amzn.com/bill WA 6501 | $ 14.99 |
| 03/17 | Premium Delta Dental Ins 7162 John Smith | $ 64.04 |
| 03/18 | Withdrawal Regions Low Balance Fee | $ 11.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791)

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity Loans call 1-800-231-7493

**Thank You For Banking With Regions!**


2021 Regions Bank Member FDIC. All loans subject to credit approval

![Regions Logo]

**Regions Bank**
College Park Office
2645 Edgewater Dr.
Orlando, FL 32804

John D. Smith
524 W. Winter Park Steet
Orlando, FL 32804

| | |
|---|---|
| **ACCOUNT #** | *****2201 |
| Cycle | 17 |
| Enclosures | 0 |
| Page | 1 of 1 |

## LIFEGREEN CHECKING
April 20, 2023 through May 19, 2023

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $ 137.92 | Minimum Balance | $500.00 |
| Deposits & Credits | $1,400.00 + | Average Balance | $ 54.30 |
| Withdrawals | $1,419.29 - | | |
| Fees | $ 11.00 - | | |
| Checks | $ 0.00 | | |
| **Ending Balance** | $ 107.63 | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 04/25 | Cash Adv 5523932013233615 Auth 04253615 | | $ 250.00 |
| 05/01 | Deposit--Thank You | | $ 550.00 |
| 05/15 | Deposit--Thank You | | $ 600.00 |
| | | Total Deposits & Credits | $1,400.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 05/01 | Debit Card Recurring Pymt Citizens Home | $833.19 |
| 05/13 | Payment Orlando Util Com 0003 Smith John D | $123.00 |
| 05/14 | Debit Card Recurring Pymt Spectrum 05/01 855-707-7328 MO 6501 | $143.41 |
| 05/14 | Debit Card Purchase Amzn Mktp US*8S2UV 05/10 Amzn.com/bill WA 6501 | $ 56.65 |
| 05/15 | Debit Card Purchase Amzn Mktp US*8S2UV 05/10 Amzn.com/bill WA 6501 | $199.00 |
| 05/17 | Premium Delta Dental Ins 7162 John Smith | $ 64.04 |
| 05/18 | Withdrawal Regions Low Balance Fee | $ 11.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791)

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity Loans call 1-800-231-7493



**Thank You For Banking With Regions!**

2021 Regions Bank Member FDIC. All loans subject to credit approval

# REGIONS

**Regions Bank**
College Park Office
2645 Edgewater Dr.
Orlando, FL 32804

John D. Smith
524 W. Winter Park Steet
Orlando, FL 32804

| | |
|---|---|
| ACCOUNT # | *****2201 |
| Cycle | 17 |
| Enclosures | 0 |
| Page | 1 of 1 |

## LIFEGREEN CHECKING
May 20, 2023 through June 19, 2023

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $ 107.63 | Minimum Balance | $500.00 |
| Deposits & Credits | $1,300.00 + | Average Balance | $ 43.30 |
| Withdrawals | $1,278.54 - | | |
| Fees | $ 11.00 - | | |
| Checks | $ 0.00 | | |
| **Ending Balance** | $ 118.09 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/25 | Cash Adv 5523932013233615 Auth 05253615 | $ 150.00 |
| 06/01 | Deposit--Thank You | $ 550.00 |
| 06/15 | Deposit--Thank You | $ 600.00 |
| | Total Deposits & Credits | $1,300.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 06/01 | Debit Card Recurring Pymt Citizens Home | $833.19 |
| 06/13 | Payment Orlando Util Com 0003 Smith John D | $185.00 |
| 06/14 | Debit Card Recurring Pymt Spectrum 06/01 855-707-7328 MO 6501 | $143.41 |
| 06/14 | Debit Card Purchase Amzn Mktp US*8S2UV 06/6 Amzn.com/bill WA 6501 | $ 32.95 |
| 06/15 | Debit Card Purchase Amzn Mktp US*8S2UV 06/7 Amzn.com/bill WA 6501 | $ 19.95 |
| 06/17 | Premium Delta Dental Ins 7162 John Smith | $ 64.04 |
| 06/18 | Withdrawal Regions Low Balance Fee | $ 11.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791)

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity Loans call 1-800-231-7493



**Thank You For Banking With Regions!**

2021 Regions Bank Member FDIC. All loans subject to credit approval

# REGIONS

**Regions Bank**
**College Park Office**
2645 Edgewater Dr.
Orlando, FL 32804

John D. Smith
524 W. Winter Park Steet
Orlando, FL 32804

| | |
|---|---|
| ACCOUNT # | *****2201 |
| Cycle | 17 |
| Enclosures | 0 |
| Page | 1 of 1 |

## LIFEGREEN CHECKING
June 20, 2023 through July 19, 2023

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $ 118.09 | Minimum Balance | $500.00 |
| Deposits & Credits | $1,400.00 + | Average Balance | $ 46.65 |
| Withdrawals | $1,372.59 - | | |
| Fees | $ 11.00 - | | |
| Checks | $ 0.00 | | |
| **Ending Balance** | $ 134.50 | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 06/25 | Cash Adv 5523932013233615 Auth 06253615 | | $ 250.00 |
| 07/01 | Deposit--Thank You | | $ 550.00 |
| 07/15 | Deposit--Thank You | | $ 600.00 |
| | | Total Deposits & Credits | $1,400.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 07/01 | Debit Card Recurring Pymt Citizens Home | $833.19 |
| 07/13 | Payment Orlando Util Com 0003 Smith John D | $193.00 |
| 07/14 | Debit Card Recurring Pymt Spectrum 07/01 855-707-7328 MO 6501 | $143.41 |
| 07/14 | Debit Card Purchase Amzn Mktp US*8S2UV 07/10 Amzn.com/bill WA 6501 | $ 99.00 |
| 07/15 | Debit Card Purchase Amzn Mktp US*8S2UV 07/11 Amzn.com/bill WA 6501 | $ 39.95 |
| 07/17 | Premium Delta Dental Ins 7162 John Smith | $ 64.04 |
| 07/18 | Withdrawal Regions Low Balance Fee | $ 11.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791)

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity Loans call 1-800-231-7493



**Thank You For Banking With Regions!**

2021 Regions Bank Member FDIC. All loans subject to credit approval

![Regions] **Regions Bank**
College Park Office
2645 Edgewater Dr.
Orlando, FL 32804

John D. Smith
524 W. Winter Park Steet
Orlando, FL 32804

| | |
|---|---|
| ACCOUNT # | *****2201 |
| Cycle | 17 |
| Enclosures | 0 |
| Page | 1 of 1 |

## LIFEGREEN CHECKING
July 20, 2023 through August 19, 2023

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $ 134.50 | Minimum Balance | $500.00 |
| Deposits & Credits | $1,300.00 + | Average Balance | $ 43.33 |
| Withdrawals | $1,221.59 - | | |
| Fees | $ 11.00 - | | |
| Checks | $ 0.00 | | |
| **Ending Balance** | $ 201.91 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 07/29 | Cash Adv 5523932013233615 Auth 07293615 | $ 150.00 |
| 08/01 | Deposit--Thank You | $ 550.00 |
| 08/15 | Deposit--Thank You | $ 600.00 |
| | Total Deposits & Credits | $1,300.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 08/01 | Debit Card Recurring Pymt Citizens Home | $833.19 |
| 08/13 | Payment Orlando Util Com 0003 Smith John D | $161.00 |
| 08/14 | Debit Card Recurring Pymt Spectrum 07/01 855-707-7328 MO 6501 | $143.41 |
| 08/15 | Debit Card Purchase Amzn Mktp US*8S2UV 08/11 Amzn.com/bill WA 6501 | $ 19.95 |
| 08/17 | Premium Delta Dental Ins 7162 John Smith | $ 64.04 |
| 08/18 | Withdrawal Regions Low Balance Fee | $ 11.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791)

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity Loans call 1-800-231-7493

 **Thank You For Banking With Regions!**

2021 Regions Bank Member FDIC. All loans subject to credit approval

![Regions Logo]

**Regions Bank**
College Park Office
2645 Edgewater Dr.
Orlando, FL 32804

John D. Smith
524 W. Winter Park Steet
Orlando, FL 32804

| | |
|---|---|
| ACCOUNT # | *****2201 |
| Cycle | 11 |
| Enclosures | 0 |
| Page | 1 of 1 |

## LIFEGREEN CHECKING
August 20, 2023 through September 19, 2023

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $ 14.28 | Minimum Balance | $500.00 |
| Deposits & Credits | $1,246.85 + | Average Balance | $ 53.23 |
| Withdrawals | $1,141.81 - | | |
| Fees | $ 11.00 - | | |
| Checks | $ 0.00 | | |
| **Ending Balance** | $ 108.32 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 09/01 | Deposit--Thank You | $ 550.00 |
| 09/06 | Debit Card Return Amazon.com Amzn.com/bill WA 6501 | $ 45.55 |
| 09/12 | Debit Card Return Amazon.com Amzn.com/bill WA 6501 | $ 51.30 |
| 09/15 | Deposit--Thank You | $ 600.00 |
| | Total Deposits & Credits | $1,246.85 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 09/01 | Debit Card Recurring Pymt Citizens Home | $682.92 |
| 09/10 | Debit Card Purchase Amzn Mktp US*8S2UV 09/10 Amzn.com/bill WA 6501 | $ 55.30 |
| 09/13 | Payment Orlando Util Com 0003 Smith John D | $176.14 |
| 09/14 | Debit Card Recurring Pymt Spectrum 09-01 855-707-7328 MO 6501 | $143.41 |
| 09/16 | Debit Card Purchase Sunpass ACC4138057 09-10 888-866-5453 | $ 20.00 |
| 09/18 | Premium Delta Dental Ins 7162 John Smith | $ 64.04 |
| 09/18 | Withdrawal Regions Low Balance Fee | $ 11.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791)

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity Loans call 1-800-231-7493



**Thank You For Banking With Regions!**
2021 Regions Bank Member FDIC. All loans subject to credit approval