OCT 6 2023 PM3:17
FILED - USDC - FLMD - ORL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOHN DANIEL SMITH,

    *Plaintiff,*      Case No.: 6:23 CV-01718-WWB-LHP

v.

Asher et al

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT DEMAND FOR JURY TRIAL**

Plaintiff JOHN DANIEL SMITH *("Plaintiff")*, a Pro Se Litigant, moves the Court under Rule 6.03(a) of the Fed. R. Civ. P. for leave to proceed in forma pauperis, and cites as follows:

1. The above style Case 6:23 CV-01718 was filed by Plaintiff on Wednesday, September 20, 2023.

2. According to the Federal Rules of Civil Procedure, Plaintiff has 21 days to serve the Summons on each of the 8 Defendants.

3. The expiration of the 21 day deadline to have the Clerk of Court issue the 8 respective Summons will be Wednesday, October 11, 2023.

4. Plaintiff filed a <u>Motion to proceed In Forma Pauperis</u> the same filing day— September 20, 2023—as Case 6:23 CV-01718 was filed.

1 | Page

5. On September 26, 2023 Judge Hoffman ruled that Plaintiff's September 20, 2023 Motion for In Forma Pauperis was moot, since it contained non-redacted financial information.

6. Judge Hoffman's September 26, 2023 Order required Plaintiff to redact certain financial information and resubmit his Motion for In Forma Pauperis.

7. On September 27, 2023, Plaintiff filed a new, redacted per Fed R. Civ. P. 5.2(a)(1),(4) Motion for In Forma Pauperis. That Motion included:

- 5 page signed and dated "Application to Proceed in District Court Without Prepaying Fees or Costs."
- Determination that Plaintiff is Indigent dated February 16, 2023 from Lee County, Florida Clerk of Courts.
- Redacted US Small Business Administration statement showing Plaintiff owes $500,000.00.
- Redacted Chase Bank statement summary showing Plaintiff owes $21,247.72.
- Redacted Citizens Mortgage Statement showing Plaintiff owes $226,800.
- Redacted Florida Driver's License.
- Redacted 6 months bank records, from 2/20/2023 to 9/20/2023. Plaintiff's average monthly balance is $54.00.

8. Plaintiff is unable to meet the 21 day deadline of serving the Summons on the 8 Defendants by Wednesday, October 11, 2023 without his September 27, 2023 Motion for In Forma Pauperis being Granted.

WHEREFORE, Plaintiff requests that his September 27, 2023 Motion for In Forma Pauperis be Granted, so that the Clerk of Court can issue the respective Summons to the 8 Defendants by the deadline of Wednesday, October 11, 2023.

# CERTIFICATE OF SERVICE & GOOD FAITH AFFIDAVIT

I HEREBY CERTIFY that the foregoing Verified Motion per Rule 5.2 of the Fed. R. Civ. P. has been served, via U.S. Mail, to the Defendants on the attached service list, on this _____ day of October, 2023.

*John Daniel Smith*

John Daniel Smith
Pro Se Litigant
524 W. Winter Park St.
Orlando, FL 32804
407-719-6988 Telephone
floridafamilyfraud@gmail.com

## DEFENDANTS SERVICE LIST:

Asher Knipe
5349 Chippendale Cir.
Fort Myers, FL 33919

Knott – Ebelini – Hart Law Firm
1625 Hendry Street, 3rd Floor
Fort Myers, FL 33901

Kenneth Kemp
15860 Knightsbridge Ct.
Fort Myers, FL 33908

Timothy Mace
4713 Imperial Eagle Dr.
Fort Myers, FL 33966

Elizabeth Bentley
12681 Allendale Cir.
Fort Myers, FL 33912

Patrone, Kemp, Bentley & Mace Law Firm
12661 New Brittany Blvd.
Fort Myers, FL 33907

James Shenko
14380 Riva Del Lago Drive
Unit #1704
Fort Myers, FL 33907

David Lemson
16229 NE 43rd Court
Redmond, WA 98052