**6:23-cv-01718-WWB-LHP** Smith v. Knipe et al
Wendy W. Berger, presiding
Leslie Hoffman Price, referral
Date filed: 09/20/2023
Date of last filing: 09/27/2023

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | Filed & Entered: 09/20/2023 | Complaint |
| 2 | Filed & Entered: 09/20/2023 | Copyright Report |
| 3 | Filed & Entered: 09/20/2023 | Motion to Proceed In Forma Pauperis |
| 4 | Filed & Entered: 09/22/2023 | Order |
| 5 | Filed & Entered: 09/22/2023 | Notice to Counsel of Local Rule |
| 6 | Filed: 09/25/2023<br>Entered: 09/26/2023<br>Terminated: 09/26/2023 | Motion for Leave to File Under Seal |
| 7 | Filed: 09/25/2023<br>Entered: 09/26/2023 | Motion to Allow Electronic Equipment |
| 8 | Filed & Entered: 09/26/2023 | Order on Motion for Leave to File Under Seal |
| 9 | Filed & Entered: 09/27/2023 | Motion to Proceed In Forma Pauperis |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/05/2023 20:22:42 | | | |
| PACER Login: | floridafamilyfraud | Client Code: | |
| Description: | History/Documents | Search Criteria: | 6:23-cv-01718-WWB-LHP |
| Billable Pages: | 1 | Cost: | 0.10 |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOHN DANIEL SMITH,

      *Plaintiff,*                Case No.: 6:23 CV-01718-WWB-LHP

v.

Asher et al

**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT DEMAND FOR JURY TRIAL**

Plaintiff JOHN DANIEL SMITH *("Plaintiff")*, a Pro Se Litigant, moves the Court under Rule 6.03(a) of the Fed. R. Civ. P. for leave to proceed in forma pauperis.

Plaintiff affirms compliance with Fed. R. Civ. P. 5.2(a)(1), (4) and furnishes:

- 5 page signed and dated "Application to Proceed in District Court Without Prepaying Fees or Costs."
- Determination that Plaintiff is Indigent dated February 16, 2023 from Lee County, Florida Clerk of Courts.
- Redacted US Small Business Administration statement showing Plaintiff owes $500,000.00.
- Redacted Chase Bank statement summary showing Plaintiff owes $21,247.72.
- Redacted Citizens Mortgage Statement showing Plaintiff owes $226,800.
- Redacted Florida Driver's License.
- Redacted 6 months bank records, from 2/20/2023 to 9/20/2023. Plaintiff's average monthly balance is $54.00.

Wherefore, Plaintiff JOHN DANIEL SMITH requests an Order from the Court granting Plaintiff leave to proceed in Case No: 6:23-cv-1718-WWB-LHP in forma pauperis.

# CERTIFICATE OF SERVICE & GOOD FAITH AFFIDAVIT

I HEREBY CERTIFY that the foregoing Verified Motion per Rule 5.2 of the Fed. R. Civ. P. has been served, via U.S. Mail, to the Defendants on the attached service list, on this _____ day of September, 2023.

*/s/ John D. Smith*

John Daniel Smith
Pro Se Litigant
524 W. Winter Park St.
Orlando, FL 32804
407-719-6988 Telephone
floridafamilyfraud@gmail.com

## DEFENDANTS SERVICE LIST:

Asher Knipe
5349 Chippendale Cir.
Fort Myers, FL 33919

Knott – Ebelini – Hart Law Firm
1625 Hendry Street, 3rd Floor
Fort Myers, FL 33901

Kenneth Kemp
15860 Knightsbridge Ct.
Fort Myers, FL 33908

Timothy Mace
4713 Imperial Eagle Dr.
Fort Myers, FL 33966

Elizabeth Bentley
12681 Allendale Cir.
Fort Myers, FL 33912

Patrone, Kemp, Bentley & Mace Law Firm
12661 New Brittany Blvd.
Fort Myers, FL 33907

James Shenko
14380 Riva Del Lago Drive
Unit #1704
Fort Myers, FL 33907

David Lemson
16229 NE 43rd Court
Redmond, WA 98052

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| JOHN DANIEL SMITH<br>*Plaintiff/Petitioner*<br>v.<br>Knipe et al<br>*Defendant/Respondent* | )<br>)<br>)  Civil Action No. 6:2023cv01718<br>)<br>) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *[signature]*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: September 27, 2023

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 1,150.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Total monthly income: | $ 1,150.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Keddo Enterprises | 524 W. Winter Park St. Orlando 32804 | 11/01/2004 to present | $ 1,150.00 |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| I'm single, never married | I'm single, never married | I'm single, never married | $ 1,150.00 |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ __108.32__

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Regions Bank | Lifegreen Checking | $ 108.32 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home *(Value)* | $ | 286,356.00 |
| Other real estate *(Value)* | $ | 164,520.00 |
| Motor vehicle #1 *(Value)* | $ | 8,000.00 |
| Make and year: Ford 2015 | | |
| Model: F-150 | | |
| Registration #: 120049007 | | |
| Motor vehicle #2 *(Value)* | $ | |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Other assets *(Value)* | $ | 1,000.00 |
| Other assets *(Value)* | $ | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☑ No <br> Is property insurance included? ☐ Yes ☑ No | $ 682.92 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 150.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 0.00 | $ 0.00 |
| Food | $ 150.00 | $ 0.00 |
| Clothing | $ 0.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 0.00 | $ 0.00 |
| Medical and dental expenses | $ 10.17 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 50.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* |  |  |
|     Homeowner's or renter's: State Farm | $ 250.00 | $ 0.00 |
|     Life: | $ 0.00 | $ 0.00 |
|     Health: CVS/Aetna | $ 10.17 | $ 0.00 |
|     Motor vehicle: State Farm | $ 100.00 | $ 0.00 |
|     Other: SBA Loan | $ 2,515.00 | $ 0.00 |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments |  |  |
|     Motor vehicle: Ford Motor Credit | $ 696.71 | $ 0.00 |
|     Credit card *(name)*: Chase (see attached) | $ 250.00 | $ 0.00 |
|     Department store *(name)*: | $ 0.00 | $ 0.00 |
|     Other: | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ | $ |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | $ 4,864.97 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☑ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☑ No

    If yes, how much?  $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    In February of 2023, the Lee County Clerk of Court declared me INDIGENT, with my $835,356 in LIABILITIES compared to my $479,137 in ASSETS. Please see this 2/16/23 Indigence Determination, along with 6 months of bank records since. I owe the SBA $500,000.00 and that letter is included too. Please also see my $21,240 in credit card debt to Chase Bank—that has been keeping me afloat financially.

12. Identify the city and state of your legal residence.
    Orlando, Florida

    Your daytime phone number:  (407) 719-6988

    Your age:  55     Your years of schooling:  12

Case 6:23-cv-01706-WWB-LHP   Document 9-1   Filed 03/27/23   Page 1 of 12 PageID 311

IN THE CIRCUIT/COUNTY COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

CASE NO. 18-CA-3895

John Daniel Smith
Plaintiff/Petitioner or in the interest of

vs.

Greenlee, Kristin, et al.
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Notice to Applicant: If you qualify for indigence and are unable to pay the costs listed in FS 57.081, you must be enrolled in the clerk's payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. I have 0 dependents. (Include only those persons you list on your U.S. income tax return.)
   Are you Married? Yes (No) Does your Spouse Work? Yes No   Annual Spouse Income? $_____
2. I have a net income of $1,100 paid ( ) weekly ( ) every two weeks ( ) semi-monthly (Monthly) yearly ( ) other
   (Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)
3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other
   (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No".)

   | | | | | |
   |---|---|---|---|---|
   | Second Job | Yes $____ (No) | Veterans' benefits | Yes $____ (No) |
   | Social Security benefits | Yes $____ (No) | Workers compensation | Yes $____ (No) |
   | For you | Yes $____ (No) | Income from absent family members | Yes $____ (No) |
   | For child(ren) | Yes $____ (No) | Stockbonds | Yes $____ (No) |
   | Unemployment compensation | Yes $____ (No) | Rental income | Yes $____ (No) |
   | Union payments | Yes $____ (No) | Dividends or interest | Yes $____ (No) |
   | Retirement/pensions | Yes $____ (No) | Other kinds of income not on the list | Yes $____ (No) |
   | Trusts | Yes $____ (No) | Gifts | Yes $____ (No) |

   I understand that I will be required to make payments to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "Yes" and fill in the value of the property, otherwise circle "No".)

   | | | | | |
   |---|---|---|---|---|
   | Cash | (Yes) $31.70 No | Savings account | (Yes) $31.70 No |
   | Bank account(s) | (Yes) $31.70 No | Stocks/bonds | Yes $____ (No) |
   | Certificates of deposit or money market accounts | Yes $____ (No) | Homestead Real Property | (Yes) $282,422 No |
   | Boats* | Yes $____ (No) | Motor Vehicle | (Yes) $14,530 No |
   | *show loans on those assets in paragraph 5 | | Non-homesteaded real property/real estate* | Yes $____ No |
   | | | Other assets* Firearm | (Yes) $1,000 No |

   Check one: ( ) DO (✓) DO NOT expect to receive more assets in the near future. The asset is $35,350.00

5. I have total liabilities and debts of $_____ as follows: Motor Vehicle $_____, Home $_____, Boat $_____, Non-homestead Real Property $5,000, Child Support paid direct _____, Credit Cards $28,000, Medical Bills $_____,
   Cost of medicines (monthly) _____, Other $900,000

6. I have a private lawyer in this case: (Circle "Yes" or "No") (Yes) No

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed this 16th day of February, 2023

_____   _____   1968
Signature of Applicant for Indigent Status   Driver's License or ID Number   Birth Year

John Daniel Smith   407-719-2552 cell
Print Full Legal Name   Phone Number

534 W. Winter Park Street, in Orlando, FL 32804
Address, P O Address, Street, City, State, Zip Code

This form was completed with the assistance of:

_____
Clerk/Deputy Clerk/Other authorized person.

## CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be (✓) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated this 16th day of Feb 20 23

KEVIN C. KARNES
Clerk of the Circuit Court
By: _____ Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.
THERE IS NO FEE FOR THIS REVIEW.

## U.S. SMALL BUSINESS ADMINISTRATION



| LOAN NUMBER: |  | | | | 12/21/2022 |
|---|---|---|---|---|---|

| | | PAYMENT DUE DATE | INSTALLMENT AMOUNT | AMOUNT NOW DUE |
|---|---|---|---|---|
| | | 12/21/2022 | $2,515.00 | $2,515.00 |

| DATE OF LAST PAYMENT | AMOUNT OF LAST PAYMENT | AMOUNT TO PRINCIPAL | AMOUNT TO INTEREST | PRESENT PRINCIPAL BALANCE |
|---|---|---|---|---|
| 11/21/2022 | $2,515.00 | | $2,515.00 | $500,000.00 |

This is for Electronic Display Only! Please go to https://pay.gov to make a payment.

| MAKE YOUR PAYMENT ONLINE: | MAIL PAYMENTS TO: | DIRECT QUESTIONS AND CORRESPONDENCE TO THIS ADDREESS. PAYMENTS MAILED TO THIS ADDRESS MAY BE RETURNED. |
|---|---|---|
| 1. Go to - https://pay.gov <br> 2. Click on SBA Payments (on the right hand side) <br> 3. Submit payments using the SBA Form 1201 | SBA <br> PO Box 3918 <br> Portland, OR 97208-3918 | SBA CESC - COVID EIDL SERVICE CENTER <br> 14925 Kingsport Rd <br> Fort Worth, TX 76155 <br> Phone: 833-853-5638 |



Printed from Chase Personal Online

## Credit cards

**CREDIT CARD (...)** >   Pay card   More ⌄

**$13,117.83**
Current balance

Details ⌄

| Oct 14, 2023 | $84.00 | $8,427.50 | $11,839.54 |
|---|---|---|---|
| Payment due date | Minimum payment due | Last statement balance | Available credit |

5% cash back (Oct-Dec)  |  Activate >

---

**CREDIT CARD (...)** >   Pay card   More ⌄

○ Your payment is due in 2 days.

**$8,129.89**
Current balance

Details ⌄

| Sep 26, 2023 | $247.00 | $5,063.24 | $10,470.11 |
|---|---|---|---|
| Payment due date | Minimum payment due | Last statement balance | Available credit |

## External accounts

Link your external accounts to better organize your money, budget and plan for the future.

Link an account

See all transactions   >

Accounts   CREDIT CARD (...) ⌄    Activity since last statement

## ✳ Citizens                                    Mortgage Statement

Customer Service 1-800-234-6002
Monday - Friday 8 am to 8 pm ET
citizensbank.com

JOHN D SMITH
524 W WINTER PARK ST
ORLANDO FL 32804

Statement Date:   December 8, 2022

| | |
|---|---|
| Loan Number | ▓▓▓7559 |
| Payment Due Date | January 1, 2023 |
| **Amount Due** | **$682.92** |
| If payment is received after January 16, 2023, a $60.91 late fee will be charged. | |

Property Address: 524 W WINTER PARK STREET
ORLANDO FL 32804

| Account Information | |
|---|---|
| Outstanding Principal * | $226,800.00 |
| Interest Rate | 2.75000% |
| Escrow Balance | $0.00 |
| Prepayment Penalty | No |

* The Outstanding Principal is not the amount required to pay off your loan in full.

| Explanation of Amount Due | |
|---|---|
| Principal | $0.00 |
| Interest | $519.75 |
| Escrow (Taxes and Insurance) | $163.17 |
| Optional Insurance | $0.00 |
| Buydown Amount | $0.00 |
| Regular Monthly Payment | $682.92 |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $0.00 |
| Total Amount Due | $682.92 |

Please see reverse for important information about your account

KENNETH KEMP et al                    Case No. 21-CA-2959
vs





**Regions Bank**
College Park Office
2645 Edgewater Dr.
Orlando, FL 32804

John D. Smith
524 W. Winter Park Steet
Orlando, FL 32804

ACCOUNT #         *****2201

Cycle         17
Enclosures    0
Page          1 of 1

## LIFEGREEN CHECKING
February 20, 2023 through March 19, 2023

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $ 115.54 | Minimum Balance | $500.00 |
| Deposits & Credits | $1,275.64 + | Average Balance | $ 42.50 |
| Withdrawals | $1,307.28 - | | |
| Fees | $    11.00 - | | |
| Checks | $     0.00 | | |
| **Ending Balance** | $   72.90 | | |

### DEPOSITS & CREDITS

| | | | |
|---|---|---|---|
| 03/01 | Deposit--Thank You | | $ 550.00 |
| 03/15 | Deposit--Thank You | | $ 600.00 |
| 03/16 | Debit Card Return Amazon.com Amzn.com/bill WA 6501 | | $  46.65 |
| 03/16 | Debit Card Return Amazon.com Amzn.com/bill WA 6501 | | $  78.99 |
| | | Total Deposits & Credits | $1,179.98 |

### WITHDRAWALS

| | | |
|---|---|---|
| 03/01 | Debit Card Recurring Pymt Citizens Home | $833.19 |
| 03/13 | Payment Orlando Util Com 0003 Smith John D | $141.00 |
| 03/14 | Debit Card Recurring Pymt Spectrum 03/01 855-707-7328 MO 6501 | $143.41 |
| 03/15 | Debit Card Purchase Amzn Mktp US*8S2UV 03/10 Amzn.com/bill WA 6501 | $125.64 |
| 03/17 | Premium Delta Dental Ins 7162 John Smith | $ 64.04 |
| 03/18 | Withdrawal Regions Low Balance Fee | $ 11.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity Loans call 1-800-231-7493



**Thank You For Banking With Regions!**
2021 Regions Bank Member FDIC. All loans subject to credit approval



**Regions Bank**
College Park Office
2645 Edgewater Dr.
Orlando, FL 32804

John D. Smith
524 W. Winter Park Steet
Orlando, FL 32804

| | |
|---|---|
| ACCOUNT # | *****2201 |
| Cycle | 17 |
| Enclosures | 0 |
| Page | 1 of 1 |

### LIFEGREEN CHECKING
March 20, 2023 through April 19, 2023

## SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $ 72.90 | Minimum Balance | $500.00 |
| Deposits & Credits | $1,296.65 + | Average Balance | $ 40.66 |
| Withdrawals | $1,220.63 - | | |
| Fees | $ 11.00 - | | |
| Checks | $ 0.00 | | |
| **Ending Balance** | $ 137.92 | | |

## DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 03/21 | Cash Adv 5523932013233615 Auth 03213615 | $ 100.00 |
| 04/01 | Deposit--Thank You | $ 550.00 |
| 04/15 | Deposit--Thank You | $ 600.00 |
| 04/16 | Debit Card Return Amazon.com Amzn.com/bill WA 6501 | $ 46.65 |
| | Total Deposits & Credits | $1,296.65 |

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 04/01 | Debit Card Recurring Pymt Citizens Home | $833.19 |
| 04/13 | Payment Orlando Util Com 0003 Smith John D | $165.00 |
| 04/14 | Debit Card Recurring Pymt Spectrum 04/01 855-707-7328 MO 6501 | $143.41 |
| 04/15 | Debit Card Purchase Amzn Mktp US*8S2UV 04/10 Amzn.com/bill WA 6501 | $ 14.99 |
| 03/17 | Premium Delta Dental Ins 7162 John Smith | $ 64.04 |
| 03/18 | Withdrawal Regions Low Balance Fee | $ 11.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791)

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity Loans call 1-800-231-7493



**Thank You For Banking With Regions!**
2021 Regions Bank Member FDIC. All loans subject to credit approval



**Regions Bank**
College Park Office
2645 Edgewater Dr.
Orlando, FL 32804

John D. Smith
524 W. Winter Park Steet
Orlando, FL 32804

| | |
|---|---|
| ACCOUNT # | *****2201 |
| Cycle | 17 |
| Enclosures | 0 |
| Page | 1 of 1 |

## LIFEGREEN CHECKING
April 20, 2023 through May 19, 2023

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $ 137.92 | Minimum Balance | $500.00 |
| Deposits & Credits | $1,400.00 + | Average Balance | $ 54.30 |
| Withdrawals | $1,419.29 - | | |
| Fees | $ 11.00 - | | |
| Checks | $ 0.00 | | |
| Ending Balance | $ 107.63 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 04/25 | Cash Adv 5523932013233615 Auth 04253615 | $ 250.00 |
| 05/01 | Deposit--Thank You | $ 550.00 |
| 05/15 | Deposit--Thank You | $ 600.00 |
| | Total Deposits & Credits | $1,400.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 05/01 | Debit Card Recurring Pymt Citizens Home | $833.19 |
| 05/13 | Payment Orlando Util Com 0003 Smith John D | $123.00 |
| 05/14 | Debit Card Recurring Pymt Spectrum 05/01 855-707-7328 MO 6501 | $143.41 |
| 05/14 | Debit Card Purchase Amzn Mktp US*8S2UV 05/10 Amzn.com/bill WA 6501 | $ 56.65 |
| 05/15 | Debit Card Purchase Amzn Mktp US*8S2UV 05/10 Amzn.com/bill WA 6501 | $199.00 |
| 05/17 | Premium Delta Dental Ins 7162 John Smith | $ 64.04 |
| 05/18 | Withdrawal Regions Low Balance Fee | $ 11.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791)

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity Loans call 1-800-231-7493



**Thank You For Banking With Regions!**

2021 Regions Bank Member FDIC. All loans subject to credit approval



**Regions Bank**
College Park Office
2645 Edgewater Dr.
Orlando, FL 32804

John D. Smith
524 W. Winter Park Steet
Orlando, FL 32804

ACCOUNT #          *****2201

Cycle       17
Enclosures   0
Page      1 of 1

## LIFEGREEN CHECKING
May 20, 2023 through June 19, 2023

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $ 107.63 | Minimum Balance | $500.00 |
| Deposits & Credits | $1,300.00 + | Average Balance | $ 43.30 |
| Withdrawals | $1,278.54 - | | |
| Fees | $ 11.00 - | | |
| Checks | $ 0.00 | | |
| **Ending Balance** | $ 118.09 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/25 | Cash Adv 5523932013233615 Auth 05253615 | $ 150.00 |
| 06/01 | Deposit--Thank You | $ 550.00 |
| 06/15 | Deposit--Thank You | $ 600.00 |
| | Total Deposits & Credits | $1,300.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 06/01 | Debit Card Recurring Pymt Citizens Home | $833.19 |
| 06/13 | Payment Orlando Util Com 0003 Smith John D | $185.00 |
| 06/14 | Debit Card Recurring Pymt Spectrum 06/01 855-707-7328 MO 6501 | $143.41 |
| 06/14 | Debit Card Purchase Amzn Mktp US*8S2UV 06/6 Amzn.com/bill WA 6501 | $ 32.95 |
| 06/15 | Debit Card Purchase Amzn Mktp US*8S2UV 06/7 Amzn.com/bill WA 6501 | $ 19.95 |
| 06/17 | Premium Delta Dental Ins 7162 John Smith | $ 64.04 |
| 06/18 | Withdrawal Regions Low Balance Fee | $ 11.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity Loans call 1-800-231-7493



**Thank You For Banking With Regions!**

2021 Regions Bank Member FDIC. All loans subject to credit approval



**Regions Bank**
College Park Office
2645 Edgewater Dr.
Orlando, FL 32804

John D. Smith
524 W. Winter Park Steet
Orlando, FL 32804

| | |
|---|---|
| **ACCOUNT #** | *****2201 |
| Cycle | 17 |
| Enclosures | 0 |
| Page | 1 of 1 |

### LIFEGREEN CHECKING
June 20, 2023 through July 19, 2023

## SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $ 118.09 | Minimum Balance | $500.00 |
| Deposits & Credits | $1,400.00 + | Average Balance | $ 46.65 |
| Withdrawals | $1,372.59 - | | |
| Fees | $ 11.00 - | | |
| Checks | $ 0.00 | | |
| **Ending Balance** | $ 134.50 | | |

## DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 06/25 | Cash Adv 5523932013233615 Auth 06253615 | $ 250.00 |
| 07/01 | Deposit--Thank You | $ 550.00 |
| 07/15 | Deposit--Thank You | $ 600.00 |
| | Total Deposits & Credits | $1,400.00 |

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 07/01 | Debit Card Recurring Pymt Citizens Home | $833.19 |
| 07/13 | Payment Orlando Util Com 0003 Smith John D | $193.00 |
| 07/14 | Debit Card Recurring Pymt Spectrum 07/01 855-707-7328 MO 6501 | $143.41 |
| 07/14 | Debit Card Purchase Amzn Mktp US*8S2UV 07/10 Amzn.com/bill WA 6501 | $ 99.00 |
| 07/15 | Debit Card Purchase Amzn Mktp US*8S2UV 07/11 Amzn.com/bill WA 6501 | $ 39.95 |
| 07/17 | Premium Delta Dental Ins 7162 John Smith | $ 64.04 |
| 07/18 | Withdrawal Regions Low Balance Fee | $ 11.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791)

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity Loans call 1-800-231-7493



**Thank You For Banking With Regions!**

2021 Regions Bank Member FDIC. All loans subject to credit approval



**Regions Bank**
College Park Office
2645 Edgewater Dr.
Orlando, FL 32804

John D. Smith
524 W. Winter Park Steet
Orlando, FL 32804

ACCOUNT # *****2201

Cycle 17
Enclosures 0
Page 1 of 1

LIFEGREEN CHECKING
July 20, 2023 through August 19, 2023

## SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $ 134.50 | Minimum Balance | $500.00 |
| Deposits & Credits | $1,300.00 + | Average Balance | $ 43.33 |
| Withdrawals | $1,221.59 - | | |
| Fees | $ 11.00 - | | |
| Checks | $ 0.00 | | |
| Ending Balance | $ 201.91 | | |

## DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 07/29 | Cash Adv 5523932013233615 Auth 07293615 | $ 150.00 |
| 08/01 | Deposit--Thank You | $ 550.00 |
| 08/15 | Deposit--Thank You | $ 600.00 |
| | Total Deposits & Credits | $1,300.00 |

## WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 08/01 | Debit Card Recurring Pymt Citizens Home | $833.19 |
| 08/13 | Payment Orlando Util Com 0003 Smith John D | $161.00 |
| 08/14 | Debit Card Recurring Pymt Spectrum 07/01 855-707-7328 MO 6501 | $143.41 |
| 08/15 | Debit Card Purchase Amzn Mktp US*8S2UV 08/11 Amzn.com/bill WA 6501 | $ 19.95 |
| 08/17 | Premium Delta Dental Ins 7162 John Smith | $ 64.04 |
| 08/18 | Withdrawal Regions Low Balance Fee | $ 11.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791)

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity Loans call 1-800-231-7493



**Thank You For Banking With Regions!**
2021 Regions Bank Member FDIC. All loans subject to credit approval



**Regions Bank**
College Park Office
2645 Edgewater Dr.
Orlando, FL 32804

John D. Smith
524 W. Winter Park Steet
Orlando, FL 32804

| | |
|---|---|
| **ACCOUNT #** | *****2201 |
| Cycle | 11 |
| Enclosures | 0 |
| Page | 1 of 1 |

## LIFEGREEN CHECKING
August 20, 2023 through September 19, 2023

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $ 14.28 | Minimum Balance | $500.00 |
| Deposits & Credits | $1,246.85 + | Average Balance | $ 53.23 |
| Withdrawals | $1,141.81 - | | |
| Fees | $ 11.00 - | | |
| Checks | $ 0.00 | | |
| **Ending Balance** | $ 108.32 | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/01 | Deposit--Thank You | $ 550.00 |
| 09/06 | Debit Card Return Amazon.com Amzn.com/bill WA 6501 | $ 45.55 |
| 09/12 | Debit Card Return Amazon.com Amzn.com/bill WA 6501 | $ 51.30 |
| 09/15 | Deposit--Thank You | $ 600.00 |
| | Total Deposits & Credits | $1,246.85 |

### WITHDRAWALS

| | | |
|---|---|---|
| 09/01 | Debit Card Recurring Pymt Citizens Home | $682.92 |
| 09/10 | Debit Card Purchase Amzn Mktp US*8S2UV 09/10 Amzn.com/bill WA 6501 | $ 55.30 |
| 09/13 | Payment Orlando Util Com 0003 Smith John D | $176.14 |
| 09/14 | Debit Card Recurring Pymt Spectrum 09-01 855-707-7328 MO 6501 | $143.41 |
| 09/16 | Debit Card Purchase Sunpass ACC4138057 09-10 888-866-5453 | $ 20.00 |
| 09/18 | Premium Delta Dental Ins 7162 John Smith | $ 64.04 |
| 09/18 | Withdrawal Regions Low Balance Fee | $ 11.00 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com (TTY/TDD 1-800-374-5791)

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity Loans call 1-800-231-7493



**Thank You For Banking With Regions!**
2021 Regions Bank Member FDIC. All loans subject to credit approval