# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHN DANIEL SMITH,

    Plaintiff,

v.                                   Case No: 6:23-cv-1718-WWB-LHP

ASHER KNIPE, KENNETH KEMP, TIMOTHY MACE, ELIZABETH BENTLEY, JAMES SHENKO and DAVID LEMSON,

    Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION TO PROCEED *IN FORMA PAUPERIS* (Doc. No. 9)**
>
> **FILED:**     **September 27, 2023**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

> **MOTION:**   **MOTION TO PROCEED *IN FORMA PAUPERIS* (Doc. No. 10)**
>
> **FILED:**     **October 6, 2023**

> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

Given Plaintiff's payment of the filing fee, Plaintiff's motions to proceed *in forma pauperis* (Doc. Nos. 9, 10) are **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on November 2, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties